1  Stephen F. Dial SBN 102661
2  Email: DIALAW@EARTHLINK.NET
   Dial & Associates
3  505 S. Villa Real, Ste 205
   Anaheim, CA 92807
4  Telephone: (714) 279-8055
   Facsimile: (714) 279-8052
5
6  Attorney for Plaintiff Richard Shelley
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 RICHARD SHELLEY,                    )  Case No. **SACV09 -291 CJC (ANx)**
               Plaintiffs,             )
12      Vs.                            )  DECLARATION OF RICHARD L. SHELLEY IN
   QUALITY LOAN SERVICE CORP, FREMONT  )  SUPPORT OF EX PARTE APPLICATION TO
13 INVESTMENT & LOAN, LITTON LOAN      )  STOP TRUSTEE'S SALE OF RESIDENCE
   SERVICING LLP                       )
14            Defendants.              )
                                       )
15                                     )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18                                     )

19      I Richard Shelley declare as follows:

20      I am plaintiff in the above entitled action.  I am offering this declaration in support of an ex parte

21 application to stop a trustee's sale of my primary residence scheduled for 12 noon, March 11, 2009.  I

22 have personal knowledge of the facts stated herein and if called to witness could competently testify

23 thereto.

24      My current residence is 6721 Tillamook Ave., Westminster CA 92683 (hereinafter the

25 "Property").  I have lived there continuously since purchasing the Property in 1985.

26      In or about May 2006, I applied to defendant Fremont Investment for a loan to be secured by the

27 Property for approximately $273,000.  On or about May 26, 2006 escrow closed on the loan.

28 ──────────────────────────────1──────────────────────────────
   DECLARATION OF RICHARD L. SHELLEY IN SUPPORT OF EX PARTE APPLICATION
                    TO STOP TRUSTEE'S SALE OF RESIDENCE

1    In the course of the above loan transaction, defendant Fremont failed to deliver to me two (2)
2  copies of a notice of right to rescind the loan that identified the transaction, and clearly disclosed my right
3  to rescind notice.

4    Further, the "Final" Disclosure Statement, in the transaction, a true copy of which is attached
5  hereto and made part hereof as Exhibit "A," failed to include in the finance charge other charges such as a
6  broker fee of $5,460, an "application fee" of $500 , and a "processing fee" of $525.  A true and correct
7  copy of the "Itemization of Amount Financed" is attached hereto and made part thereof as Exhibit "B."

8    In or about June 2008, notwithstanding a forbearance agreement I had with defendant Fremont
9  whose terms I fulfilled, defendant Fremont caused a trustee's sale to set on the property on the above
10  obligation based upon a purported default and actually purported to conduct a trustee's sale of the
11  Property on June 20, 2008.

12    On or about July 16, 2008, I received notice that Fremont had rescinded the purported trustee's
13  sale.  Thereafter, in or about July 10, 2008, I received notice that Litton Loan Servicing LP had taken
14  assignment of servicing the loan.

15    On or about December 20, 2008, I caused to be mailed certified mail, return receipt requested, to
16  defendant Litton a notice of recission of the loan transaction.  A true and correct copy of said letter is
17  attached hereto and, made part hereof as Exhibit "C."

18    Notwithstanding my notice of recission, defendants Litton and Quality Loan Service set a
19  trustee's sale of the Property for noon, March 11, 2009.  A true copy of the notice posted on or about
20  February 20, 2009 is attached hereto and made part hereof as Exhibit "D."

21    Unless the trustee's sale is stayed while my rights are determined, I will lose my home of 24
22  years to foreclosure.

23    I declare under penalty of perjury under the laws of the United States of America that the
24  foregoing is true and correct.

25

26

27

28  ////
    2
    DECLARATION OF RICHARD L. SHELLEY IN SUPPORT OF EX PARTE APPLICATION
    TO STOP TRUSTEE'S SALE OF RESIDENCE

1    Date:  March 9, 2009

2

3

4                                                    Richard Shelley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3
DECLARATION OF RICHARD L. SHELLEY IN SUPPORT OF EX PARTE APPLICATION
            TO STOP TRUSTEE'S SALE OF RESIDENCE

**FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT**
**(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)**
**For use with Adjustable Rate Mortgage Loans**

Lender:
FREMONT INVESTMENT & LOAN
2727 E IMPERIAL HIGHWAY
BREA, CA 92821

Date: May 15, 2006
Application #: 100321997
**FINAL**

Borrowers:
RICHARD SHELLEY

Property Location:
6721 TILLAMOOK AVE
WESTMINSTER, CA 92683

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 11.496 % | $ 877,807.64 | $ 264,151.05 | $ 1,141,958.69 |

Your payment schedule will be:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 24 | $ 2,053.43 | Monthly, beginning July 1, 2006 |
| 335 | $ 2,688.68 | Monthly, beginning July 1, 2008 |
| 1 | $191,968.57 | Monthly, beginning June 1, 2036 |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |

Disclosures are estimates based on an anticipated funding date of   5/31/06
e means an estimate

**Variable Rate Feature:** Your loan contains a Variable Rate Feature. Disclosures about the Variable Rate Feature have been provided to you earlier.

**Insurance:** The following is required to obtain credit:

☒ Property Insurance   ☒ Yes   ☐ No   ☐ Flood Insurance

You may obtain the insurance from anyone you want that is acceptable to the creditor.

**Security:** You are giving a security interest in:
☐ The property being purchased.
☒ Real property you already own, including fixtures, leases, and rents derived from the property.

**Late Charge:** If the Note Holder has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, You will pay a late charge to the Note Holder. The amount of the charge will be **6.0** % of my overdue payment of principal and interest. You will pay this charge promptly but only once each late payment.

**Prepayment:** If you pay off early, you
☒ may   ☐ will not   have to pay a penalty.
☐ may   ☒ will not   be entitled to a refund of part of the finance charge.

**Assumption:** Someone buying your home
☒ cannot assume the remainder of the mortgage on the original terms.
☐ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

...t documents for any additional information about nonpayment, default, any required repayment in ...teduled date, and prepayment refunds and penalties.

...ledge receipt of this disclosure.

EXHIBIT A
See loan number ...

RICHARD SHELLEY
_____ / _____
Date

_____ / _____
Date

RICHARD SHELLEY
_____ / _____
Date

_____ / _____
Date

TIL  TG  03/02/04

# ITEMIZATION OF AMOUNT FINANCED

Lender: **FREMONT INVESTMENT & LOAN**

Applicant(s): **RICHARD SHELLEY**

Address: **2727 E IMPERIAL HIGHWAY**
**BREA, CA 92821**

Date: **May 15, 2006**

Application Number: **9210003219997**

Property Address: **6721 TILLAMOOK AVE**
**WESTMINSTER, CA 92683**

Mailing Address: **6721 TILLAMOOK AVENUE**
**WESTMINSTER, CA 92683**

| Ref. HUD-1 Statement | | LENDER | BROKER* | POC |
|---|---|---|---|---|
| 1000's | Amount paid on your account: | | | |
| 1000's | Hazard Insurance Premium Reserves | no @$ | | |
| 1000's | Flood Insurance Premium Reserves | no @$ | | |
| 1000's | Tax & Assessment Reserves | no @$ | | |
| | Amount paid to others on your behalf: | | | |
| 800's | Appraisal Fees to Appraiser | | | PAID 300.00 DUE |
| 800's | Hazard Insurance Premiums to Insurance Agency | | | |
| 900's | Flood Insurance Premiums to Insurance Agency | | | |
| 900's | Notary Fee to: | | | |
| 1100's | Title Insurance Premiums to: **CALIFORNIA COUNTIES TITLE CO** | 1,370.00 | | |
| 1100's | Filing Fees to Public Officials/ Recording Fees | 148.00 | | |
| 1200's | New York Mortgage Recording Tax (Lender) | | | |
| | New York Mortgage Recording Tax (Borrower) | | | |
| | Loan Proceeds to: **CALIFORNIA COUNTIES TITLE CO** | $ 262,633.05 | | LOAN AMOUNT $273,000.00 |
| | | $ 264,151.05 | | |
| | AMOUNT FINANCED | $ 8,848.95 | | |
| | Prepaid Finance Charge | | | |

## Itemization of Prepaid Finance Charge:

| | | LENDER | BROKER* | POC |
|---|---|---|---|---|
| 800's | Lender Origination Fee (0.3729 %) | 1,018.00 | | |
| 800's | Broker **FEE** ( %) | | 5,460.00 | |
| 800's | Loan Discount ( %) | | | |
| 900's | Prepaid Interest ( 1Days) @ $ 65.45 per day | 65.45 | | |
| 800's | Underwriting Fee | | | |
| 1100's | Escrow/Closing Agent Fee | 1,225.00 | | |
| 800's | **Credit Reporting Fees** | | | |
| 800's | Application Fee | | | |
| 800's | Doc Prep Fee | | 500.00 | |
| 800's | Tax Service Fee -LandAmerica Tax and Flood Services | 48.00 | | |
| 800's | Wire Fee | | | |
| 800's | Flood Cert Fee -LandAmerica Tax and Flood Services | 7.50 | | |
| 800's | Processing Fee | | 525.00 | |
| | **Prepaid Finance Charge** | 2,363.95 | 6,485.00 | |
| | Total Prepaid Finance Charge | | 8,848.95 | |

If your loan is prepaid before the maturity date, the loan fees and other similar charges will not be subject to any refund.

I/We hereby acknowledge receipt of this Itemization of the amount financed, and authorize direct disbursement as set forth.

* PC L   EXHIBIT 9   D

Applicant _____ Date _____
Applicant **RICHARD SHELLEY** _____ Date _____
Applicant _____ Date _____
Applicant _____ Date _____

ITEMIZE   RG 03/23/06

**FREMONT INVESTMENT&LOAN**

Dear Trustee:

**I am in receipt of Loan Modification Agreement dated November 6, 2008 . I hereby object to the Notice. I hereby give notice that as Trustee, you have an obligation not only to whom you perceive as the lender, but to perform due diligence as to the status of the note and the true owner of the note and the true party in interest who might be entitled to enforce the note or mortgage. Based upon my information, you already had notice of the fact that the true lender was undisclosed at the time of the loan closing, and therefore breached your fiduciary duty to me and all other parties affected and/or committed acts of negligence, gross negligence, conflict of intrest or malpractice such that you are presently liable for civil remedies for attempted conversion, fraud, civil theft, and usury. Under State Law you are obligated to file either a judicial foreclosure procedure, a petition for declaratory relief and/or an interpleader.**

**I hereby request that you send a copy of this letter to your insurance carrier, the title insurance carrier and all other interested parties as described herein for the following reasons:**

- There is no delinquency or default. The Lender has been paid in full plus a fee for standing in for an undisclosed third party lender that was not properly registered or regulated as a financial institution or lender at the time the transaction took place. **IN ADDITION I HEREBY EXERCISE MY RIGHTS TO RESCIND THE LOAN TRANSACTION IN ITS ENTIRETY UNDER THE THREE DAY RULE, THE THREE YEAR LIMITATION, AND UNDER THE USURY AND GENERAL CLAIMS THEORIES AND CAUSES OF ACTION. BY FAILING TO DISCLOSE THE TRUE LENDER AND USING SUBTERFUGE TO HIDE THE FACT THAT THE "LENDER" AT CLOSING WAS PAID TO POSE AS THE LENDER WHEN IN FACT AN UNDISCLOSED UNREGISTERED THIRD PARTY HAD RENTED THE CHARTER OR LENDING LICENSE OF THE "LENDER", THE LIMITATIONS ON MY RIGHT TO RESCIND WAS EXTENDED INDEFINITELY. UNDER STATE AND FEDERAL LAW, THE MORTGAGE IS NOW EXTINGUISHED AND YOUR RIGHTS UNDER THE TRUSTEE DEED HAVE TERMINATED.**

The Lender has failed to state the name or address of the holder in due course, John Does 1-1000, being the holders of certificates of asset backed securities, which are backed by the security instrument (mortgage) on the subject residential property.

The Lender does not own, possess or control the note or the mortgage, which has been satisfied in full. Demand is herewith made for satisfaction of mortgage to be filed in the appropriate county records.

Your authority as Trustee has also been transferred to the Trustee of the pooled mortgages and/or notes on various properties, real and personal, that were included in an asset pooled that was eventually securitized and sold to investors,

who along with others in the chain of securitization acquired rights and obligations to the note, mortgage, and stream of revenue eventually due to the investor.

Because of the known presence of necessary and indispensable parties to any dispute that the true holders in due course might have against me, only a judicial proceeding in which all parties are included will provide a fair determination of the rights, obligation and title to the property, mortgage and note.

The "loan closing" was in fact a scheme to trick me into issuing a negotiable instrument that was pre-sold to investors as an unregulated security. The parties and their fees were not revealed nor was the true APR disclosed, as it was inflated considerably by the intentional overstatement of the appraisal on the property.

The title agent, which might well be the same as the Trustee also has insurance for errors and omissions and the title insurance company that issued the policy will have total liability for this fraudulent transaction to the extent it had knowledge through its agents of the fraudulent scheme.

The totality of the transaction violates numerous state and federal laws including usury, Truth in Lending, deceptive business practices, and administrative standards for the practice of professions.

Therefore, please confirm the filing and recording of the satisfaction of mortgage, send the original note back to me (or tell me where it is), and confirm the retraction of the attempt to collect a debt which is incorrectly stated, improperly computed, improperly obtained, and fraudulently produced and transmitted.

THIS LETTER SHALL NOT BE CONSTRUED AS A WAIVER OR ELECTION OF REMEDIES.

Sincerely,   Philip Shelley         Richard Shelley         Retained Attorney Stephen
Dial

Recording requested by:
Quality Loan Service Corp

When recorded mail to
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

---

| TS # CA-08-209141-JB | Loan # 40191066 | SPACE ABOVE THIS LINE FOR RECORDERS USE |

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 5/15/2006.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below.  The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     **RICHARD SHELLEY, AN UNMARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**
Recorded:       **5/26/2006** as Instrument No. **2006000359250** in book xxx, page xxx of Official Records in the office of the Recorder of **ORANGE** County, California;

Date of Sale:   **3/11/2009 at 12:00 PM**
Place of Sale:  **At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, CA.**
Amount of unpaid balance and other charges: **$308,049.95**
The purported property address is:       6721 Tillamook Ave
                                          Westminster, CA 92683

Assessors Parcel No. 203-491-20

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

Date: 2/8/2009                 Quality Loan Service Corp.            Fax n - ? 619 2568 3592
                               2141 5th Avenue                                         6
                               San Diego, CA 92101                   619 - 568 - 3574
                               619-645-7711 For NON SALE information only
                               Sale Line: 714-730-2727 or Login to: www.fidelityasap.com
                               Reinstatement Line: (800) 247-9727

---

                               Quality Loan Service, Corp.

                                                              EXHIBIT D

who along with others in the chain of securitization acquired rights and obligations to the note, mortgage, and stream of revenue eventually due to the investor.

Because of the known presence of necessary and indispensable parties to any dispute that the true holders in due course might have against me, only a judicial proceeding in which all parties are included will provide a fair determination of the rights, obligation and title to the property, mortgage and note.

The "loan closing" was in fact a scheme to trick me into issuing a negotiable instrument that was pre-sold to investors as an unregulated security. The parties and their fees were not revealed nor was the true APR disclosed, as it was inflated considerably by the intentional overstatement of the appraisal on the property.

The title agent, which might well be the same as the Trustee also has insurance for errors and omissions and the title insurance company that issued the policy will have total liability for this fraudulent transaction to the extent it had knowledge through its agents of the fraudulent scheme.

The totality of the transaction violates numerous state and federal laws including usury, Truth in Lending, deceptive business practices, and administrative standards for the practice of professions.

Therefore, please confirm the filing and recording of the satisfaction of mortgage, send the original note back to me (or tell me where it is), and confirm the retraction of the attempt to collect a debt which is incorrectly stated, improperly computed, improperly obtained, and fraudulently produced and transmitted.

THIS LETTER SHALL NOT BE CONSTRUED AS A WAIVER OR ELECTION OF REMEDIES.

Sincerely,   Philip Shelley        Richard Shelley        Retained Attorney Stephen Dial

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Litton Loan Servicing
Quality Loan Service Corp.
2141 5th Ave
San Diego Ca
92101

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Jay Jordan    12-27-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 4631 6453

IMAGE LITTON

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540