


FILED
2009 MAR -9 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

Stephen F. Dial SBN 102661
Email: DIALAW@EARTHLINK.NET
Dial & Associates
505 S. Villa Real, Ste 205
Anaheim, CA 92807
Telephone: (714) 279-8055
Facsimile: (714) 279-8052

Attorney for Plaintiff Richard Shelley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COPY

RICHARD SHELLEY,
Plaintiffs,
Vs.
QUALITY LOAN SERVICE CORP, FREMONT INVESTMENT & LOAN, LITTON LOAN SERVICING LLP
Defendants.

Case No.: **SACV09 -291 CJC (ANx)**

DECLARATION OF STEPHEN F. DIAL RE NOTICE IN COMPLIANCE WITH LOCAL RULE 7-19.1

I Stephen F. Dial declare:

I am an attorney licensed to practice before the State courts of California and the United States District Court for The Central District of California. I am offering this declaration to demonstrate my compliance with Fed. R. Civ. P. 65 (b) (1) and Local Rule 7-19.1 of this court. I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

On Friday, March 6, 2009, at approximately 11 am PST, I composed and caused to be faxed to the current servicer of the loan at issue, Litton Loan Servicing LP, and the trustee named in the posted Notice of Trustee's Sale, Quality Loan Service Corp., written notice that I intended on behalf of plaintiff Richard Shelley to file an action and bring an ex parte application to stop the trustee's sale scheduled for

noon, March 11, 2009 at the US District Court in Santa Ana. True and correct copies of the letters faxed and overnighted to Litton and Quality are attached hereto and made part hereof as Exhibits "A" and "B" respectively.

I do not currently know the counsel for either Litton or Quality.

I undertake, pursuant to Local Rule 7-19.1 to advise the court in writing of any communications with Litton or Quality or their counsel.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Date: March 6, 2009

Stephen F. Dial

**Dial and Associates**
**505 S. Villa Real Drive, Suite 205**
**Anaheim Hills, CA 92807**
**Tel: (714) 279-8055**
**Fax: (714) 279-8052**
www.dialaw.com

March 6, 2009

**SENT VIA FAX AND OVERNIGHT U.S. MAIL**
**FAX NO. 713-218-3777**

Litton Loan Servicing LP
4828 Loop Central Drive
Houston TX 77081

RE: 6721 Tillamook Ave
Westminster, CA 92683
Loan No: 40191066
TS No.: CA-08-209141-JB
Borrower Name: Richard Shelly
Proposed TS Date: March 11, 2009

Attn Legal Dept.:

Please take notice that on Monday, March 9, 2009, at the United States District Court for the Central States District Court located at 411 W. Fourth St. Santa Ana, CA 92701, Richard L. Shelly will file an action and seek ex parte a temporary restraining order preventing the proposed trustee's sale scheduled for 12 noon, Wednesday, March 11, 2009 in the above matter on grounds of, inter alia, recission for violations of TILA.

Please call the undersigned at 714-279-8055 to discuss if you have questions.

Sincerely,

Stephen F. Dial

Cc: Richard L. Shelly

SFD:pt

**DIAL & ASSOCIATES**
**STEPHEN F. DIAL**
Attorney at Law
505 South Villa Real Drive, Suite 205
Anaheim Hills, California 92807
Telephone (714) 279-8055
Facsimile (714) 279-8052

DATE: 03/06/09

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

# TELECOPIER TRANSMITTAL COVER SHEET

TO: Litton Loan Servicing LP Legal Dept

RE: 6721 Tillamook Ave
Westminster, CA 92683
Loan No: 40191066
TS No.: CA-08-209141-JB
Borrower Name: Richard Shelly
Proposed TS Date: March 11, 2009

TELECOPIER NUMBER OF RECIPIENT: 713-218-3777

FROM: Stephen F. Dial, Esq.

NUMBER OF PAGES (includes this cover sheet): 2

***COMMENTS:***

| ☒ Original sent by overnight mail | Original not sent by mail |
|---|---|

TRANSMISSION VERIFICATION REPORT

TIME : 03/06/2009 13:16
NAME :
FAX :
TEL :
SER.# : BROE3J431985

| | |
|---|---|
| DATE,TIME | 03/06 13:15 |
| FAX NO./NAME | 17132183777 |
| DURATION | 00:00:28 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

EH 762610329 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 92867
Day of Delivery: [X] Next ☐ 2nd ☐ 2nd Del. Day
Postage: $ 17.50
Date Accepted: 3-6-09 (Mo. Day Year)
Scheduled Date of Delivery: 3-7-09 (Month Day)
Return Receipt Fee: $
Time Accepted: 12:50 ☐ AM [X] PM
Scheduled Time of Delivery: [X] Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 17.50
Flat Rate ☐ or Weight: 1 lbs. 10 ozs.
Int'l Alpha Country Code:
Acceptance Emp. Initials: A.B.

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

[X] WAIVER OF SIGNATURE *(Domestic Mail Only)* Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )
Dial and Associates
505 South Villa Real Drive, Suite 205
Anaheim Hills, CA 92807

TO: (PLEASE PRINT) PHONE ( )
Litton Loan Servicing LP
4828 Loop Central Drive
Houston TX 77081

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 7 0 8 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

ORANGE MAIN POST OFFICE
ORANGE, California
928639000
0569390300 -0097
03/06/2009 (800)275-8777 12:53:39 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| SAN DIEGO CA 92101 Zone-2 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610315US Next Day Noon / Normal Delivery Signature Requested | | | $17.50 |
| Issue PVI: | | | $17.50 |
| HOUSTON TX 77081 Zone-6 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610329US Next Day Noon / Normal Delivery Signature Waived | | | $17.50 |
| Issue PVI: | | | $17.50 |
| Total: | | | $35.00 |
| Paid by: Personal Check | | | $35.00 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000302489538
Clerk: 20

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

PICK UP A FREE
RECYCLING ENVELOPE
Take an envelope to recycle your inkjet cartridge, cell phone or small electronics free of charge!

**Dial and Associates**
**505 S. Villa Real Drive, Suite 205**
**Anaheim Hills, CA 92807**
**Tel: (714) 279-8055**
**Fax: (714) 279-8052**
www.dialaw.com

March 6, 2009

**SENT VIA FAX AND OVERNIGHT U.S. MAIL**
**FAX NO. 619-568-3574**

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

RE: 6721 Tillamook Ave
Westminster, CA 92683
Loan No: 40191066
TS No.: CA-08-209141-JB
Scheduled TS Date: March 11, 2009

Attn Legal Dept.:

Please take notice that on Monday, March 9, 2009, at the United States District Court for the Central States District Court located at 411 W. Fourth St. Santa Ana, CA 92701, Richard L. Shelly will file an action and seek ex parte a temporary restraining order preventing the proposed trustee's sale scheduled for 12 noon, Wednesday, March 11, 2009 in the above matter on grounds of, inter alia, recission for violations of TILA.

Please call the undersigned at 714-279-8055 to discuss if you have questions.

Sincerely,

Stephen F. Dial

Cc: Richard L. Shelly

SFD:pt

**DIAL & ASSOCIATES**
**STEPHEN F. DIAL**
Attorney at Law
505 South Villa Real Drive, Suite 205
Anaheim Hills, California 92807
Telephone (714) 279-8055
Facsimile (714) 279-8052

DATE: 03/06/09

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

# TELECOPIER TRANSMITTAL COVER SHEET

TO: **Quality Loan Service Corp. Legal Dept.**

RE: 6721 Tillamook Ave
Westminster, CA 92683
Loan No: 40191066
TS No.: CA-08-209141-JB
Scheduled TS Date: March 11, 2009

TELECOPIER NUMBER OF RECIPIENT: 619-568-3574

FROM: **Stephen F. Dial, Esq.**

NUMBER OF PAGES (includes this cover sheet): 2

***COMMENTS:***

| ☒ Original sent by overnight mail | Original not sent by mail |
|---|---|

*IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN THE ORIGINAL TRANSMISSION TO US AT THE ABOVE ADDRESS VIA THE MAIL. THANK YOU.*

TRANSMISSION VERIFICATION REPORT

TIME : 03/06/2009 13:14
NAME :
FAX :
TEL :
SER.# : BROE3J431985

| | |
|---|---|
| DATE,TIME | 03/06 13:14 |
| FAX NO./NAME | 16195683574 |
| DURATION | 00:00:29 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

EH 762610315 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 92867 | ☒ Next ☐ 2nd ☐ 2nd Del. Day | $ 17.50 |
| Date Accepted: 3-6-09 (Mo. Day Year) | Scheduled Date of Delivery: 3-7-09 (Month Day) | Return Receipt Fee $ |
| Time Accepted: 12:46 ☐ AM ☒ PM | Scheduled Time of Delivery: ☒ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| Flat Rate ☐ or Weight: 1.90 lbs. ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 17.50 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials: J.L. |

**DELIVERY (POSTAL USE ONLY)**

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )
Dial and Associates
505 South Villa Real Drive, Suite 205
Anaheim Hills, CA 92807

TO: (PLEASE PRINT) PHONE ( )
Quality Loan Service Corp.
2141 5th Avenue
San Diego CA 92101

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
9 2 1 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
EMS

ORANGE MAIN POST OFFICE
ORANGE, California
928639000
0569390300 -0097
03/06/2009 (800)275-8777 12:53:39 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| SAN DIEGO CA 92101 Zone-2 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610315US Next Day Noon / Normal Delivery Signature Requested | | | $17.50 |
| Issue PVI: | | | $17.50 |
| HOUSTON TX 77081 Zone-6 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610329US Next Day Noon / Normal Delivery Signature Waived | | | $17.50 |
| Issue PVI: | | | $17.50 |
| Total: | | | $35.00 |
| Paid by: Personal Check | | | $35.00 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000302489538
Clerk: 20

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

PICK UP A FREE
RECYCLING ENVELOPE
Take an envelope to recycle your inkjet cartridge, cell phone or small electronics free of charge!

ORANGE MAIN POST OFFICE
ORANGE, California
928639000
0569390300 -0097
03/06/2009 (800)275-8777 12:53:39 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| SAN DIEGO CA 92101 Zone-2 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610315US Next Day Noon / Normal Delivery Signature Requested | | | $17.50 |
| Issue PVI: | | | $17.50 |
| HOUSTON TX 77081 Zone-6 Express Mail PO-Add Flat Rate 1.90 oz. Label #: EH762610329US Next Day Noon / Normal Delivery Signature Waived | | | $17.50 |
| Issue PVI: | | | $17.50 |
| Total: | | | $35.00 |
| Paid by: Personal Check | | | $35.00 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000302489538
Clerk: 20

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

PICK UP A FREE RECYCLING ENVELOPE
Take an envelope to recycle your inkjet cartridge, cell phone or small electronics free of charge!

---

EXPRESS MAIL — UNITED STATES POSTAL SERVICE — Post Office To Addressee

EH 762610329 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 92867
Day of Delivery: [X] Next
Scheduled Date of Delivery: 3-7-09
Postage: $ 17.50
Date Accepted: 3-6-09
Time Accepted: 12:50 PM
Scheduled Time of Delivery: [X] Noon
Return Receipt Fee: $
COD Fee: $ Insurance Fee: $
Total Postage & Fees: $ 17.50
Flat Rate or Weight: 1 lbs. 70 ozs.
Acceptance Emp. Initials: [illegible]

DELIVERY (POSTAL USE ONLY)
Delivery Attempt / Time / Employee Signature
Delivery Date / Time / Employee Signature

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.
[X] WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.
NO DELIVERY [ ] Weekend [ ] Holiday
Mailer Signature

FROM: Dial and Associates, 505 South Villa Real Drive, Suite 205, Anaheim Hills, CA 92807

TO: Litton Loan Servicing LP, 4828 Loop Central Drive, Houston TX 77081

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.): 77081

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

---

EXPRESS MAIL — UNITED STATES POSTAL SERVICE — Customer Copy — Label 11-B, March 2004 — Post Office To Addressee

EH 762610315 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 92867
Day of Delivery: [X] Next
Scheduled Date of Delivery: 3-7-09
Postage: $ 17.50
Date Accepted: 3-6-09
Time Accepted: 12:16 PM
Scheduled Time of Delivery: [X] Noon
Return Receipt Fee: $
COD Fee: $ Insurance Fee: $
Total Postage & Fees: $ 17.50
Flat Rate or Weight: 1.70 ozs.
Acceptance Emp. Initials: [illegible]

DELIVERY (POSTAL USE ONLY)
Delivery Attempt / Time / Employee Signature
Delivery Date / Time / Employee Signature

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.
[ ] WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.
NO DELIVERY [ ] Weekend [ ] Holiday
Mailer Signature

FROM: Dial and Associates, 505 South Villa Real Drive, Suite 205, Anaheim Hills CA 92807

TO: Quality Loan Service Corp. 2141 5th Avenue San Diego CA 92101