UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RICHARD SHELLEY,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP., et al. | CASE NUMBER<br><br>SACV 09-00291 CJC (ANx)<br><br>ORDER TO REASSIGN CASE UPON RECUSAL MAGISTRATE JUDGE<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 194 |
|---|---|

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he should not hear said case pursuant to 28 USC §455(a), HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 224.

IT IS FURTHER ORDERED that the Clerk serve copies of this order forthwith by first class mail on counsel f all parties appearing in this case.

DATED: March 12, 2009                              /S/

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

---

**NOTICE TO COUNSEL FROM THE CLERK:**

This case has been randomly referred to Magistrate Judge __Marc L. Goldman__. On all documents subsequently filed in this case, substitute the initials __MLGx__ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: SA CV 09-00291 CJC (MLGx).
This is very important because documents are routed to the Magistrate Judge by means of the initials.

---

CV-110 (07/05)         ORDER TO REASSIGN CASE UPON RECUSAL MAGISTRATE JUDGE