**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone:   (619) 685-4800
 Facsimile:   (619) 685-4811

Attorneys for Defendant,
Quality Loan Service Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORP.;<br>FREMONT INVESTMENT & LOAN;<br>LITTON LOAN SERVICING, LLP.<br><br>　　　　　　　　　　Defendants. | Case No. SACV09-291 CJC (ANX)<br><br>**QUALITY'S NONMONETARY STATUS**<br>**[Civil Code §2924l]** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Defendant QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby submits the attached Declaration of Trustee's Nonmonetary status pursuant to California Civil Code §2924l.

Section 2924l provides in the pertinent part that:

> "[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee then at any time, the trustee may file a declaration of nonmonetary status."

///
///
///
///

1
**QUALITY'S NONMONETARY STATUS**

Quality believes that it has been named in the above-entitled action solely in its capacity as Trustee under the Deed of Trust, which is the subject of this action, executed by Plaintiff against the real property commonly known as 6721 Tillamook Ave Westminster, CA 92683.

Dated: April 15, 2009

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By:  /s/ David Scott
David C. Scott, Esq.
Attorneys for Defendant,
Quality Loan Service Corporation

QUALITY'S NONMONETARY STATUS