McCARTHY & HOLTHUS, LLP
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone: (619) 243.3964
 Facsimile: (619) 685-4810

Attorneys for Defendant,
Quality Loan Service Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY,<br><br>                       Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORP.;<br>FREMONT INVESTMENT & LOAN;<br>LITTON LOAN SERVICING, LLP.<br><br>                      Defendants. | Case No. SACV09-291 CJC (ANX)<br><br>**DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS** |

I, David Owen, declare as follows:

1. I am the Chief Operations Officer for Defendant Quality Loan Service Corp. ("Quality"). I make the following Declaration in support of its Nonmonetary Status.

2. If called to testify as a witness thereon, I could and would competently testify as to all the facts stated in this Declaration.

3. This Declaration is made pursuant to California Civil Code section 29241.

4. Quality is a Trustee under a Deed of Trust dated May 15, 2006. Said Deed of Trust is a secured lien on real property commonly known as 6721 Tillamook Ave Westminster, CA 92683, and was recorded on May 26, 2006 in the Orange County Recorder's Office as Instrument Number 2006000359250.

5. Quality is named as a Defendant in this action solely in its capacity as Trustee under the Subject Deed of Trust. Further, it is Quality's reasonable belief that it has not been

named as a Defendant because of any acts or omissions on its part in the performance of its duties as Trustee.

6. The Complaint pleads causes of action for fraud, violations of the Truth in Lending Act (TILA), and Rescission, believed to be directed at co-Defendants and not the Trustee. Quality Loan Service is not the originator of the loan, nor had any involvement in the creation of the loan in question and therefore believes it is not responsible for the Plaintiff's causes of actions in this matter.

7. Quality agrees to be bound by whatever order or judgment is issued by this Court regarding the Trustee, provided such order or judgment is nonmonetary relief only.

I declare under penalty of perjury under the laws of the State of California, that the foregoing its true and correct. Executed on April 15, 2009 at San Diego California.

By: /s/ David Owen
David Owen
Chief Operations Officer for Defendant,
Quality Loan Service Corporation

2
**DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS**