CHAISE R. BIVIN (State Bar No. 204944)
crb@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
LITTON LOAN SERVICING, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP., FREMONT INVESTMENT & LOAN, LITTON LOAN SERVICING,LLP,<br><br>Defendants. | Case No.: SACV09-291 CJC (ANx)<br>Hon. Carmac J. Carney<br>Ctrm 9B- Santa Ana<br><br>**STIPULATION EXTENDING LITTON LOAN SERVICING, LP'S DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed:     March 9, 2009 |

1  WHEREAS on March 9, 2009, Plaintiff Richard Shelley filed the instant action;

2  WHEREAS the parties have previously stipulated to extend Defendant Litton
3  Loan Servicing, LP's time to respond to the complaint until April 29, 2009;

4  WHEREAS the parties have engaged in good faith settlement negotiations and
5  have agree to a settlement in principle;

6  WHEREAS the parties need additional time to draft a written settlement
7  agreement that results in the dismissal with prejudice of the complaint;

8  WHEREAS principles of judicial economy favor allowing defendant additional
9  time to respond to the complaint, which will let the parties draft and finalize a written
10 settlement agreement without expending more time and resources on litigation;

11  Therefore, pursuant to Local Rules 7-1 and 52-9, plaintiff Richard Shelley and
12 defendant Litton Loan Servicing, LP ("Litton") stipulate to continue Litton's deadline
13 to file its responsive pleading to plaintiff's complaint to May 20, 2009. However, it is
14 the parties' intent that this matter will be resolved prior to May 20, and plaintiff will
15 be dismissing the instant action with prejudice.

16  This stipulation is without prejudice to the rights, claims, defenses and
17 arguments of all parties.

18
19
20
21
22
23
24
25
26
27
28

1  DATED: April 29, 2009          SEVERSON & WERSON
                                   A Professional Corporation
2
3
                                   By: _____
4                                     CHAISE R. BIVIN
                                      Attorneys for Defendant
5                                     LITTON LOAN SERVICING, LLP

6
7  DATED: April 29, 2009          DIAL & ASSOCIATES
8
                                   By: _____
9                                     STEPHEN F. DIAL
                                      Attorney for Plaintiff Richard Shelley
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28