Stephen F. Dial SBN 102661
Dial & Associates
505 S. Villa Real, Ste 205
Anaheim, CA 92807
Telephone: (714) 279-8055

Attorney for Plaintiff Richard Shelley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY, <br><br> Plaintiffs, <br><br> Vs. <br><br> QUALITY LOAN SERVICE CORP, <br><br> FREMONT INVESTMENT & LOAN, <br><br> LITTON LOAN SERVICING LLP <br><br> Defendants. | Case No.: SACV09-291 CJC (ANX) <br> Hon. Cormac J. Carney <br><br> NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL <br><br> Date: June 8, 2009 <br><br> Time: 1:30 PM <br><br> Ctrm: 9B-Santa Ana |

TO RICHARD SHELLEY, THE OTHER PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

Please take notice that on June 8, 2009 at 1:30 PM in Courtroom 9B-Santa Ana of the above entitled court located at 411 West Fourth Street, Santa Ana California 92715, Stephen F. Dial will move the court pursuant to Local Rule 83-2.9.2.1 for an order allowing him to withdraw as counsel of record for plaintiff Richard Shelley herein.

The grounds for the motion are that despite repeated efforts to communicate with plaintiff, Stephen F. Dial has been unable to establish contact with plaintiff and as a result may no longer effectively serve as counsel herein.

////

1  The motion is based on this notice of motion, the memorandum of points and authorities and
2  declaration of Stephen F. Dial served and filed herewith, the papers and pleadings on file herein, and such
3  other oral and documentary evidence as may be presented at time of hearing hereof.

4
5  Date: May 13, 2009

6
7
8  _____
   Stephen F. Dial
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
Case No.: SACV09-291 CJC (ANX)

MEMORANDUM OF POINTS AND AUTHORITIES

I.

AN ATTORNEY MAY NOT WITHDRAW

AS COUNSEL EXCEPT BY LEAVE OF COURT

An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. Local Rule 83-2.9.2.1

II.

NO RELIEF WILL BE APPROVED THAT WILL

CAUSE DELAY IN PROSECUTION OF THE

CASE TO ITS COMPLETION

As the attached declaration shows the matter was filed March 9, 2009 and a comprehensive settlement reached on terms approved in writing by the plaintiff. However, despite daily efforts to contact plaintiff, his counsel has not succeed in establishing contact, and is no longer able to effectively represent plaintiff. Therefore, it is respectfully prayed that the court permit withdrawal.

Date: May 13, 2009

Stephen F. Dial

**PROOF OF SERVICE BY MAIL**
(C.C.P. SECTIONS 1013a and 2015.5)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 505 South Villa Real Drive, Suite 205, Anaheim Hills, CA 92807.

On May 14, 2009 I served the foregoing documents described as **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** in this matter by placing true copy thereof in a sealed envelope. I then mailed such envelope addressed:

Chaise R. Bivin, Esq.
Severson & Werson
19100 Von Karman Ave., Suite 700
Irvine CA 91612

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco CA 94111

Matthew Podmenik, Esq.
David C. Scott, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego CA 92101

Richard Shelley
6721 Tillamook Avenue
Westminster CA 92683

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Anaheim Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after the date of the deposit for mailing an affidavit.

4
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
Case No.: SACV09-291 CJC (ANX)

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on Thursday, May 14, 2009, at Anaheim Hills, CA 92907.

Executed on **May 14, 2009** at Anaheim Hills, California

*/s/ Uyen Tran*

Uyen Tran