Stephen F. Dial SBN 102661
Dial & Associates
505 S. Villa Real, Ste 205
Anaheim, CA 92807
Telephone: (714) 279-8055

Attorney for Plaintiff Richard Shelley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY, | Case No.: SACV09-291 CJC (ANX) |
| Plaintiffs, | Hon. Cormac J. Carney |
| Vs. | DECLARATION OF STEPHEN F. DIAL |
| QUALITY LOAN SERVICE CORP, | Date: June 8, 2009 |
| FREMONT INVESTMENT & LOAN, | Time: 1:30 PM |
| LITTON LOAN SERVICING LLP | Ctrm: 9B-Santa Ana |
| Defendants. | |

DECLARATION OF STEPHEN F. DIAL

I Stephen F. Dial declare:

I am an attorney licensed to practice before this court and the courts of the State of California. I am offering this declaration in support of my application to withdraw as counsel of record pursuant to Local Rule 83-2.9.2.1 of this court. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

On March 9, 2009, I filed the within action. Thereafter, I commenced negotiations with defendant Litton counsel to permit a settlement which would allow the plaintiff to retain his home.

On March 24, 2009, I met personally within plaintiff at my offices to discuss the parameters of a settlement.

1

DECLARATION OF STEPHEN F. DIAL
Case No.: SACV09-291 CJC (ANX)

1. After further negotiation with defense counsel, I met April 7, 2009 with plaintiff at his home to discuss and recommend the terms of settlement with defendants, and obtained his written consent to the proposed terms.

2. As a result of the settlement discussions, the trustee sale of plaintiff's home and defendants' response has been delayed on two occasions.

3. On or before April 21, 2009, with the continued response date of defendants approaching, I attempted to contact plaintiff by phone and was unable to reach him. Thereafter, on April 21, 2009, I sent an e-mail to plaintiff requesting he contact me, to which I got no response.

4. Commencing April 24, 2009, and daily thereafter up to and including May 6, 2009, I phoned plaintiff at his residence and followed up with an e-mail, all of which were ignored.

5. On April 29, 2009, counsel for Litton informed me that he had obtained his client's consent to all the terms negotiated and on that basis sought a stipulation to continue. I advised defense counsel of my problems in client contact, pledged to make renewed efforts to reconfirm his consent to the settlement, and on that basis signed the stipulation.

6. That same day, I obtained permission from plaintiff's employer to send him a letter at his place of employment and had a letter hand delivered to plaintiff at his workplace. Plaintiff has not responded or contacted me.

7. On May 6, 2009, defense counsel advised me that his client had apparently been contacted directly by plaintiff and his son, by a mailed "Notice of Rescission," wherein they offered their residence to defendant Litton, which I had been negotiating to try to save. I assured defense counsel that I had no advance knowledge of the contact and that I deplored it. I asked defense counsel for one more day to let me try to contact plaintiff, after which I could not in good faith continue to ask for delay. However, continued phone calls and emails thereafter did not result in contact with plaintiff.

8. As stated, I negotiated after consultation with plaintiff and with his concurrence a very good settlement of this action. Plaintiff's refusal to communicate with me, and his open attempts to frustrate my representation of him, make effective representation of him impossible.

9. The service address used for service on plaintiff of this motion is the residence which is the

////

2

DECLARATION OF STEPHEN F. DIAL
Case No.: SACV09-291 CJC (ANX)

1 | subject of this action, and in which I personally met with plaintiff on April 7, 2009.
2 | I therefore request this court's order allowing me to withdraw as plaintiff's attorney.
3 | I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.

Date: May 13, 2009

*/s/ Stephen F. Dial*

3

DECLARATION OF STEPHEN F. DIAL
Case No.: SACV09-291 CJC (ANX)

# PROOF OF SERVICE BY MAIL
(C.C.P. SECTIONS 1013a and 2015.5)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 505 South Villa Real Drive, Suite 205, Anaheim Hills, CA 92807.

On May 14, 2009 I served the foregoing documents described as **DECLARATION OF STEPHEN F. DIAL** in this matter by placing true copy thereof in a sealed envelope. I then mailed such envelope addressed:

Chaise R. Bivin, Esq.
Severson & Werson
19100 Von Karman Ave., Suite 700
Irvine CA 91612

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco CA 94111

Matthew Podmenik, Esq.
David C. Scott, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego CA 92101

Richard Shelley
6721 Tillamook Avenue
Westminster CA 92683

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Anaheim Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after the date of the deposit for mailing an affidavit.

4

DECLARATION OF STEPHEN F. DIAL
Case No.: SACV09-291 CJC (ANX)

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on Thursday, May 14, 2009, at Anaheim Hills, CA 92907.

Executed on May 14, 2009 at Anaheim Hills, California

Uyen Tran

5

DECLARATION OF STEPHEN F. DIAL
Case No.: SACV09-291 CJC (ANX)