Stephen F. Dial SBN 102661
Dial & Associates
505 S. Villa Real, Ste 205
Anaheim, CA 92807
Telephone: (714) 279-8055

Attorney for Plaintiff Richard Shelley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY, | Case No.: SACV09-291 CJC (ANX) |
| Plaintiffs, | Hon. Cormac J. Carney |
| Vs. | [PROPOSED] ORDER ALLOWING STEPHEN F. DIAL TO WITHDRAW AS COUNSEL OF RECORD |
| QUALITY LOAN SERVICE CORP, | |
| FREMONT INVESTMENT & LOAN, | Date: June 8, 2009 |
| LITTON LOAN SERVICING LLP | Time: 1:30 PM |
| Defendants. | Ctrm: 9B-Santa Ana |

Upon motion of Stephen F. Dial under Local Rule 83-2.9.2.1 of this court for permission to withdraw as counsel for plaintiff and good cause appearing therefor, it is

ORDERED that Stephen F. Dial be allowed to withdraw as counsel for plaintiff herein.

Date: _____, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

1

[PROPOSED] ORDER ALLOWING STEPHEN F. DIAL TO
WITHDRAW AS COUNSEL OF RECORD
Case No.: SACV09-291 CJC (ANX)

# PROOF OF SERVICE BY MAIL
(C.C.P. SECTIONS 1013a and 2015.5)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 505 South Villa Real Drive, Suite 205, Anaheim Hills, CA 92807.

On May 14, 2009 I served the foregoing documents described as [PROPOSED] ORDER ALLOWING STEPHEN F. DIAL TO WITHDRAW AS COUNSEL OF RECORD in this matter by placing true copy thereof in a sealed envelope. I then mailed such envelope addressed:

Chaise R. Bivin, Esq.
Severson & Werson
19100 Von Karman Ave., Suite 700
Irvine CA 91612

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco CA 94111

Matthew Podmenik, Esq.
David C. Scott, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego CA 92101

Richard Shelley
6721 Tillamook Avenue
Westminster CA 92683

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon, fully prepaid at Anaheim Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after the date of the

deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on Thursday, May 14, 2009, at Anaheim Hills, CA 92907.

Executed on May 14, 2009 at Anaheim Hills, California

_____
Uyen Tran