1  CHAISE R. BIVIN (State Bar No. 204944)
   crb@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Ave., Suite 700
4  Irvine, CA  92612
   Telephone:  (949) 442-7110
5  Facsimile:  (949) 442-7118
6
7  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
10 Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
11
12 Attorneys for Defendant
   LITTON LOAN SERVICING, LP
13

14                 **UNITED STATES DISTRICT COURT**

15                 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16 RICHARD SHELLEY | Case No.:  SACV09-291 CJC (ANx) |
| 17           Plaintiff, | Hon. Carmac J. Carney<br>Ctrm 9B- Santa Ana |
| 18      vs. | **STIPULATION CONTINUING** |
| 19 | **THE HEARINGS ON MOTION** |
| 20 QUALITY LOAN SERVICE CORP.,<br>FREMONT INVESTMENT & LOAN, | **TO WITHDRAW AS COUNSEL**<br>**AND LITTON LOAN** |
| 21 LITTON LOAN SERVICING,LLP, | **SERVICING, LP'S MOTION TO** |
| 22           Defendants. | **DISMISS** |
| 23 | Complaint filed:       March 9, 2009 |
| 24 | |

25        WHEREAS on March 9, 2009, plaintiff Richard Shelley filed the instant

26 action;

27        WHEREAS the parties need additional time to draft all necessary document

28 to dispose fully and finally of this action;

1  WHEREAS attorney Stephen F. Dial's Motion to Withdraw as Counsel

2  ("Motion to Withdraw") is currently scheduled for a hearing on June 8, 2009;

3  WHEREAS defendant Litton Loan Servicing, LP's ("Litton") Motion to

4  Dismiss is set for hearing on June 8, 2009;

5  WHEREAS the parties have met and conferred and believe that the hearings

6  on these two motions should be continued to comply with the Federal Rules of

7  Civil Procedure and promote judicial economy;

8  Therefore, pursuant to Local Rules 7-1 and 52-9, plaintiff Richard Shelley

9  and defendant Litton Loan Servicing, LP stipulate to continue the Motion to

10  Withdraw from June 8, 2009 to June 15, 2009, and Litton's Motion to Dismiss from

11  June 8, 2009 to June 15, 2009.  If the June 15, 2009 date is inconvenient for the

12  Court, the parties stipulate to continue the hearings until June 29 or July 6.

13  This stipulation is without prejudice to the rights, claims, defenses and

14  arguments of all parties.

15

16  DATED:  June ___5___, 2009          SEVERSON & WERSON
                                        A Professional Corporation
17

18                                      By: /s/Chaise R. Bivin
                                        _____
19                                          CHAISE R. BIVIN
                                            Attorneys for Defendant
20                                          LITTON LOAN SERVICING, LLP

21  DATED:  June _5_, 2009              DIAL & ASSOCIATES

22

23

24                                      By: _____
                                            STEPHEN F. DIAL
25                                          Attorney for Plaintiff RICHARD
                                            SHELLEY

26

27

28

15303/0025/736433.1                -2-        Stipulation Continuing Hearings
                                              Case No.:  SACV09-291 CJC (ANx)