1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10 RICHARD SHELLEY | Case No.:  SACV09-291 CJC (ANx) |
| 11 Plaintiff, | Hon. Carmac J. Carney<br>Ctrm 9B- Santa Ana |
| 12 vs. | **[PROPOSED] ORDER RE** |
| 13 QUALITY LOAN SERVICE CORP., | **STIPULATION CONTINUING THE** |
| 14 FREMONT INVESTMENT & LOAN, | **HEARINGS ON MOTION TO** |
| 15 LITTON LOAN SERVICING,LLP, | **WITHDRAW AS COUNSEL AND** |
| | **LITTON LOAN SERVICING, LP'S** |
| 16 Defendants. | **MOTION TO DISMISS** |
| 17 | Complaint filed:        March 9, 2009 |

18

19    Upon stipulation and good cause appearing, the Court orders that hearing on

20  attorney Stephen F. Dial's Motion to Withdraw as Counsel previously scheduled

21  for June 8, 2009 shall be continued to June 15, 2009.  The Court further orders that

22  the hearing on Litton Loan Servicing, LP's Motion to Dismiss previously scheduled

23  from June 8, 2009 shall be continued to June 15, 2009 as well.

24    IT IS SO ORDERED.

25

26  Dated: _June ___, 2009        By:_____

27                THE HON. CARMAC J. CARNEY
             District Judge
             UNITED STATES DISTRICT COURT

28