1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELLEY<br><br>    Plaintiff,<br><br>  vs.<br><br>QUALITY LOAN SERVICE CORP.,<br>FREMONT INVESTMENT & LOAN,<br>LITTON LOAN SERVICING,LLP,<br><br>    Defendants. | Case No.:  SACV09-291 CJC (ANx)<br>Hon. Carmac J. Carney<br>Ctrm 9B- Santa Ana<br><br>**[PROPOSED] ORDER RE<br>STIPULATION CONTINUING<br>THE HEARINGS ON MOTION<br>TO WITHDRAW AS COUNSEL<br>AND LITTON LOAN<br>SERVICING, LP'S MOTION TO<br>DISMISS**<br><br>Complaint filed:        March 9, 2009 |

15303/0025/736443.1

PROPOSED] ORDER RE STIP TO CONTINUING MOTION TO WITHDRAW AS
COUNSEL AND LITTON LOAN SERVICING, LP'S MOTION TO DISMISS
Case No.:  SACV09-291 CJC (ANx)

1

2      Upon stipulation and good cause appearing, the Court orders that hearing on

3  attorney Stephen Dial's Motion to Withdraw as Counsel previously scheduled for

4  June 8, 2009 shall be continued to June 15, 2009 at 1:30 p.m.  The Court further

5  orders that the hearing on Litton Loan Servicing, LP's Motion to Dismiss

6  previously scheduled from June 8, 2009 shall be continued to June 15, 2009 at 1:30

7  p.m. as well.

8      IT IS SO ORDERED.

9

10  Dated: _June 8, 2009              By:_____
                                         THE HON. CARMAC J. CARNEY
11                                       District Judge
                                         UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

15303/0025/736443.1
PROPOSED] ORDER RE STIP TO CONTINUING MOTION TO WITHDRAW AS
COUNSEL AND LITTON LOAN SERVICING, LP'S MOTION TO DISMISS
Case No.:  SACV09-291 CJC (ANx)